Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OUR MONEY OUR TRANSIT, and ROBERT MACHERIONE,

Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION; PETER M. ROGOFF, in his official capacity as Administrator, Federal Transit Administration; and RICHARD F. KROCHALIS, in his official capacity as Regional Administrator, Federal Transit Administration Region X Office,

Defendants,

and

LANE TRANSIT DISTRICT,

Intervenor-Defendants.

NO. C13-1004TSZ

**STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON**

WHEREAS plaintiffs Our Money Our Transit and Robert Macherione (collectively “OMOT”) have filed the above-captioned lawsuit against the Federal Transit Administration, Peter M. Rogoff, and Richard F. Krochalis (collectively "FTA") under the Administrative Procedure Act, the Lane Transit District (“LTD”) was permitted to intervene in the lawsuit, and all parties hereby stipulate that the Court may enter an order as set forth below which, among other things, establishes a briefing schedule for the case.

**UNITED STATES ATTORNEY**
**5220 United States Courthouse**
**700 Stewart Street**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

The parties agree that the above-captioned case constitutes "an action for review on an administrative record" within the meaning of FRCP 26(a) regarding initial disclosures, and FRCP 26(f) regarding participation in a discovery conference and formulation of a discovery plan, and, thus, the parties should not be subject to the deadlines included in the Court's June 27, 2013 Order (Dkt. 12). In light of that, the parties wish to propose a schedule for lodging a joint certified administrative record and for the resolution of the matter on cross-motions for summary judgment.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. FTA shall lodge the certified administrative record on or before October 25, 2013. In addition, within 10 days following the filing of the last memorandum of law according to the briefing schedule below, the parties shall provide the Court with excerpts of the administrative record in hard copy, which shall include the key administrative record documents upon which the parties have relied in their legal memoranda.

2. Responses to the complaint shall be filed on or before November 1, 2013.

3. If there is an intractable dispute concerning the administrative record, OMOT shall file any motion objecting to the contents of the administrative record no later than November 8, 2013. In such an event, the parties would negotiate an appropriate extension of other deadlines.

4. OMOT shall file and serve its motion for summary judgment by December 20, 2013.

5. FTA and LTD shall file and serve their oppositions to OMOT's summary judgment motion and cross-motion for summary judgment by January 24, 2013.

6. OMOT shall file and serve its reply memoranda and opposition to FTA and LTD's cross-motions by February 21, 2014.

7. FTA and LTD shall file and serve their reply briefs in support of their cross-motion for summary judgment by March 21, 2014.

**UNITED STATES ATTORNEY**
**5220 United States Courthouse**
**700 Stewart Street**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

8. All motions shall be noted on the Court's calendar for Friday, April 11, 2014.

**SO STIPULATED.**

DATED: September 26, 2013.

**YARMUTH WILSDON PLLC**

By s/ Kristina S. Bennard
Kristina S. Bennard
818 Stewart Street, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3831
Email: kbennard@yarmuth.com

**VENABLE LLP**

Kathryn Kusske Floyd (admitted pro hac vice)
Jay C. Johnson (admitted pro hac vice)
Margaret K. Kuhn (admitted pro hac vice)
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: 202.344.4000
Email: kkfloyd@venable.com
jcjohnson@venable.com
mkkuhn@venable.com

Attorneys for Plaintiffs Our Money Our Transit and Robert Macherione

STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 3
(C13-1004TSZ)

UNITED STATES ATTORNEY
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
(206) 553-7970

**SO STIPULATED.**

DATED: September 26, 2013.

        JENNY A. DURKAN
        United States Attorney

        By s/ Brian C. Kipnis
        Brian C. Kipnis
        Assistant United States Attorney
        Office of the United States Attorney for the
        Western District of Washington
        5220 United States Courthouse
        700 Stewart Street
        Seattle, WA  98101
        Telephone:     206.553-7970
        Email:         brian.kipnis@usdoj.gov

        Attorneys for Federal Transit Administration,
        Peter M. Rogoff, and Richard F. Krochalis

STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON
CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 4
(C13-1004TSZ)

**UNITED STATES ATTORNEY**
**5220 United States Courthouse**
**700 Stewart Street**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

**SO STIPULATED.**

DATED: September 26, 2013.

HOLLAND & KNIGHT LLP

By: /s/ Christopher W. Angius
Christopher W. Angius
Holland & Knight LLP
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, OR 97204
Tele: 503-243-2300
Email: christopher.angius@hklaw.com

Attorneys for Lane Transit District

*Of Counsel for Lane Transit District:*

Rafe Petersen
Jeffrey Boothe
Lawrence Liebesman
Holland & Knight LLP
800 17th Street, N.W. Suite 1100
Washington, D.C. 20006
Tele: 202-955-3000
rafe.petersen@hklaw.com

**ORDER**

IT IS SO ORDERED.

DATED this _______ day of __________________________, 2013.

______________________________
THOMAS S. ZILLY
Senior United States District Judge

STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 5
(C13-1004TSZ)

**UNITED STATES ATTORNEY**
**5220 United States Courthouse**
**700 Stewart Street**
**Seattle, Washington 98101-1271**
**(206) 553-7970**