Judge Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OUR MONEY OUR TRANSIT, AND ROBERT MACHERIONE,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION; PETER M. ROGOFF, in his official capacity as Administrator, Federal Transit Administration; and RICHARD F. KROCHALIS, in his official capacity as Regional Administrator, Federal Transit Administration Region X Office,<br><br>Defendants, | CASE NO.  C13-1004TSZ<br><br>**STIPULATION FOR ORDER ESTABLISHING MODIFIED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON** |

WHEREAS on October 1, 2013, this Court filed an order based on a stipulation of the parties establishing a case schedule for the above-captioned lawsuit; and

WHEREAS on October 3, 2013, due to a lapse in appropriations, a widespread shutdown of federal government operations occurred resulting in furloughs of employees of numerous federal agencies, including the Federal Transit Administration; and

WHEREAS these furloughs persisted until October 17, 2013, following a restoration of appropriations;

STIPULATION FOR ORDER ESTABLISHING MODIFIED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 1
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

WHEREAS as a direct result of this shutdown, necessary FTA employees were unavailable to coordinate with employees of the Lane Transit District on matters necessary for the preparation of the administrative record; and

WHEREAS preparation of the administrative record is back on track but has been delayed to the point where the date previously agreed upon by the parties for the production of the record now cannot be met; and

WHEREAS the inability to meet the original deadline for the production of the administrative record has a cascading effect on the other deadlines agreed to by the parties and ordered by the Court; and

WHEREAS the parties now jointly request that the deadlines be modified as proposed in this stipulation to adjust for the delay in producing the administrative record;

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. FTA shall lodge the certified administrative record on or before November 7, 2013. In addition, within 10 days following the filing of the last memorandum of law according to the briefing schedule below, the parties shall provide the Court with excerpts of the administrative record in hard copy, which shall include the key administrative record documents upon which the parties have relied in their legal memoranda.

2. Responses to the complaint shall be filed on or before November 15, 2013.

3. If there is an intractable dispute concerning the administrative record, OMOT shall file any motion objecting to the contents of the administrative record no later than November 22, 2013. In such an event, the parties would negotiate an appropriate extension of other deadlines.

4. OMOT shall file and serve its motion for summary judgment by January 31, 2014.

5. FTA and LTD shall file and serve their oppositions to OMOT's summary judgment motion and cross motion for summary judgment by February 28, 2014.

STIPULATION FOR ORDER ESTABLISHING MODIFIED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 2
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

6. OMOT shall file and serve its reply memoranda and opposition to FTA and LTD's cross motions by March 28, 2014.

7. FTA and LTD shall file and serve their reply briefs in support of their cross motion for summary judgment by April 25, 2014.

8. All motions shall be noted on the Court's calendar for Friday, April 25, 2014.

SO STIPULATED.

DATED: October 28, 2013.

**YARMUTH WILSDON PLLC**


By s/ Kristina S. Bennard
Kristina S. Bennard
818 Stewart Street, Suite 1400
Seattle, WA  98101
Telephone:   206.516.3831
Email:         kbennard@yarmuth.com


**VENABLE LLP**

Kathryn Kusske Floyd (admitted pro hac vice)
Jay C. Johnson (admitted pro hac vice)
Margaret K. Kuhn (admitted pro hac vice)
575 7th Street, N.W.
Washington, D.C. 20004
Telephone:   202.344.4000
Email:         kkfloyd@venable.com
                   jcjohnson@venable.com
                   mkkuhn@venable.com

Attorneys for Plaintiffs

///

///

///

STIPULATION FOR ORDER ESTABLISHING MODIFIED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 3
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  SO STIPULATED.

2                 DATED: October 28, 2013.

3

4                 JENNY A. DURKAN
               United States Attorney

5

6

7                 By s/ Brian C. Kipnis
               Brian C. Kipnis

8                 Assistant United States Attorney
               Office of the United States Attorney for the

9                  Western District of Washington

10                5220 United States Courthouse
               700 Stewart Street

11                Seattle, WA  98101
               Telephone:    206.553.7970

12                Email:           brian.kipnis@usdoj.gov

13

14                Attorneys for Defendants

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIPULATION FOR ORDER ESTABLISHING MODIFIED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 4
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

SO STIPULATED.

DATED: October 28, 2013.

**HOLLAND & KNIGHT LLP**

By s/ Christopher W. Angius
Christopher W. Angius
Holland & Knight LLP
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, OR 97204
Telephone:   503.243.2300
Email:          christopher.angius@hklaw.com

Attorneys for Lane Transit District

Of Counsel for Lane Transit District:

Rafe Petersen
Jeffrey Boothe
Lawrence Liebesman
Holland & Knight LLP
800 17th Street, N.W. Suite 1100
Washington, D.C. 20006
Telephone:   202.955.3000
Email:          rafe.petersen@hklaw.com

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of October, 2013.

*[signature]*
THOMAS S. ZILLY
United States District Judge

STIPULATION FOR ORDER ESTABLISHING MODIFIED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON - 5
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970