Judge Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OUR MONEY OUR TRANSIT, AND ROBERT MACHERIONE,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION; PETER M. ROGOFF, in his official capacity as Administrator, Federal Transit Administration; and RICHARD F. KROCHALIS, in his official capacity as Regional Administrator, Federal Transit Administration Region X Office,<br><br>Defendants, | CASE NO.  C13-1004TSZ<br><br>**STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE; ORDER THEREON** |

WHEREAS on January 31, 2014, this Court filed an order establishing the operative briefing schedule for cross-motions for summary judgment to be filed in the above-captioned lawsuit (Dkt. # 28); and

WHEREAS on March 17, 2014, the parties agreed amongst themselves to extend this briefing schedule by two weeks to accommodate the needs of the parties and to seek Court approval for an appropriate renoting of their cross-motions and a modification of the existing briefing schedule;

///

///

STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;
ORDER THEREON - 1
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  NOW THEREFORE, the parties, through their respective counsel of record, do
2  hereby stipulate and agree that the Court may make and enter the following order:

3  1. The pending cross-motions for summary judgment shall be renoted on the
4  Court's calendar for Friday, May 9, 2014.

5  2. The existing briefing schedule for the parties' cross-motion for summary
6  judgment, as established by this Court's order of January 31, 2014 (Dkt. # 28), is hereby
7  modified as follows:

   a. OMOT shall file and serve its reply memoranda and opposition to FTA and
      LTD's cross-motions by April 11, 2014.
   b. FTA and LTD shall file and serve their reply briefs in support of their cross
      motion for summary judgment by May 9, 2014.

SO STIPULATED.

DATED: March 19, 2014.

**YARMUTH WILSDON PLLC**

By s/ Kristina S. Bennard
Kristina S. Bennard
818 Stewart Street, Suite 1400
Seattle, WA 98101
Telephone:   206-516-3831
Email:       kbennard@yarmuth.com

**VENABLE LLP**

Kathryn Kusske Floyd (admitted pro hac vice)
Jay C. Johnson (admitted pro hac vice)
Margaret K. Kuhn (admitted pro hac vice)
575 7th Street, N.W.
Washington, D.C. 20004
Telephone:   202-344-4000
Email:       kkfloyd@venable.com
             jcjohnson@venable.com
             mkkuhn@venable.com

Attorneys for Plaintiffs

///

STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;
ORDER THEREON - 2
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  SO STIPULATED.

2      DATED: March 19, 2014.

3

4  **HOLLAND & KNIGHT LLP**

5

6  By  s/ Christopher W. Angius
    Christopher W. Angius
7  Holland & Knight LLP
    111 S.W. Fifth Avenue
8  2300 U.S. Bancorp Tower
    Portland, OR 97204
9  Telephone:  503-243-2300
    Email:  christopher.angius@hklaw.com

Attorneys for Intervenor Lane Transit District

Of Counsel for Intervenor Lane Transit District:

Rafe Petersen
Jeffrey Boothe
Lawrence Liebesman
Holland & Knight LLP
800 17th Street, N.W. Suite 1100
Washington, D.C. 20006
Telephone: 202-955-3000
Email: rafe.petersen@hklaw.com

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;
ORDER THEREON - 3
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  SO STIPULATED.

2
       DATED: March 19, 2014.
3

4                     JENNY A. DURKAN
                      United States Attorney
5

6
                      By s/ Brian C. Kipnis
7                     Brian C. Kipnis
                      Assistant United States Attorney
8                     Office of the United States Attorney for the
                        Western District of Washington
9                     5220 United States Courthouse
                      700 Stewart Street
10                    Seattle, WA  98101
                      Telephone:  206-553-7970
11                    Email: brian.kipnis@usdoj.gov

12                    Attorneys for Defendants

13

14
                              **ORDER**
15

16  IT IS SO ORDERED.

17
       DATED this _____ day of _____, 2014.
18

19

20                    _____
                      THOMAS S. ZILLY
21                    Senior United States District Judge

22

23

24

25

26

27

28

STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE; ORDER THEREON - 4
(Case No. C13-1004TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970