Judge Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OUR MONEY OUR TRANSIT, AND ROBERT MACHERIONE, | CASE NO.  C13-1004TSZ |
| Plaintiffs, | **SECOND STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR SUMMARY JUDGMENT AND  MODIFYING BRIEFING SCHEDULE; ORDER THEREON** |
| v. | |
| FEDERAL TRANSIT ADMINISTRATION; PETER M. ROGOFF, in his official capacity as Administrator, Federal Transit Administration; and RICHARD F. KROCHALIS, in his official capacity as Regional Administrator, Federal Transit Administration Region X Office, | |
| Defendants, | |

WHEREAS on January 31, 2014, this Court filed an order establishing the operative briefing schedule for cross-motions for summary judgment to be filed in the above-captioned lawsuit (Dkt. # 28); and

WHEREAS on March 17, 2014, the parties stipulated to a two-week extension of this briefing schedule;

WHEREAS on March 21, 2014, based on a stipulation of the parties, the Court extended the briefing schedule as requested (Dkt. # 38); and

WHEREAS counsel for defendants Federal Transit Administration has since been requested to undertake a training assignment on short notice and, as a consequence, will be

SECOND STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;
ORDER THEREON - 1
(Case No. C13-1004TSZ)

1   unable to complete defendant Federal Transit Administration's reply memorandum by the

2   presently calendared date of May 9, 2014; and

3        WHEREAS counsel for defendant Federal Transit Administration therefore requests a

4   further one week continuance of the briefing schedule, and a renoting of the parties' cross-

5   motions for summary judgment to May 16, 2014, and

6        WHEREAS no party objects to this request

7        NOW THERFORE the parties, through their respective counsel of record, do hereby

8   stipulate and agree that the Court may make and enter the following order:

9        1.   The pending cross-motions for summary judgment shall be renoted on the

10  Court's calendar for Friday, May 16, 2014.

11       2.   The existing briefing schedule for the parties' cross-motion for summary

12  judgment, as established by this Court's order of January 31, 2014 (Dkt. # 28), and modified

13  by this Court's order of March 21, 2014 (Dkt. # 38), is hereby further modified as follows:

14       a.   The noting date on the pending cross-motions for summary judgment shall be

15  renoted for May 16, 2014; and

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28

SECOND STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;
ORDER THEREON - 2
(Case No. C13-1004TSZ)

b.      Defendants Federal Transit Administration and Lane Transit District shall file

and serve their reply briefs in support of their respective cross-motions for summary

judgment by May 16, 2014.

SO STIPULATED.

DATED: May 2, 2014.

**YARMUTH WILSDON PLLC**

By: s/ Kristina S. Bennard
Kristina S. Bennard
818 Stewart Street, Suite 1400
Seattle, WA  98101
Telephone:   206-516-3831
E-mail:       kbennard@yarmuth.com

**VENABLE LLP**

Kathryn Kusske Floyd (admitted pro hac vice)
Jay C. Johnson (admitted pro hac vice)
Margaret K. Kuhn (admitted pro hac vice)
575 7th Street, N.W.
Washington, D.C. 20004
Telephone:   202-344-4000
E-mail:       kkfloyd@venable.com
              jcjohnson@venable.com
              mkkuhn@venable.com

Attorneys for Plaintiffs

///
///
///
///
///
///
///
///

SECOND STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;
ORDER THEREON - 3
(Case No. C13-1004TSZ)

1    SO STIPULATED.

2
        DATED: May 2, 2014.
3

4                    **HOLLAND & KNIGHT LLP**

5

6                    By:  s/ Louis A. Santiago
                     Louis A. Santiago (WSBA #23682)
7                    Holland & Knight LLP
                     111 S.W. Fifth Avenue
8                    2300 U.S. Bancorp Tower
                     Portland, OR 97204
9                    Telephone:  503-243-2300
                     E-mail:  louis.santiago@hklaw.com
10
                     Attorneys for Intervenor Lane Transit District
11
                     Of Counsel for Intervenor Lane Transit District:
12
                     Rafe Petersen
13                   Jeffrey Boothe
                     Lawrence Liebesman
14                   Holland & Knight LLP
                     800 17th Street, N.W. Suite 1100
15                   Washington, D.C. 20006
                     Telephone: 202-955-3000
16                   E-mail:  rafe.petersen@hklaw.com

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28
     SECOND STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR          UNITED STATES ATTORNEY
     SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;               5220 UNITED STATES COURTHOUSE
     ORDER THEREON - 4                                                    700 Stewart Street
     (Case No. C13-1004TSZ)                                          Seattle, Washington 98101-1271
                                                                          (206)-553-7970

1   SO STIPULATED.

2
        DATED: May 2, 2014.
3

4           JENNY A. DURKAN
            United States Attorney
5

6
            By: s/ Brian C. Kipnis
7           Brian C. Kipnis
            Assistant United States Attorney
8           Office of the United States Attorney for the
              Western District of Washington
9           5220 United States Courthouse
            700 Stewart Street
10          Seattle, WA  98101
            Telephone:  206-553-7970
11          E-mail:  brian.kipnis@usdoj.gov

12          Attorneys for Defendants

13

14                        **ORDER**

15

16  IT IS SO ORDERED.

17
        DATED this _____ day of _____, 2014.
18

19

20          _____
            THOMAS S. ZILLY
21          Senior United States District Judge

22

23

24

25

26

27

28

SECOND STIPULATION FOR ORDER RENOTING CROSS-MOTIONS FOR
SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE;
ORDER THEREON - 5
(Case No. C13-1004TSZ)