UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OUR MONEY OUR TRANSIT and ROBERT MACHERIONE,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FEDERAL TRANSIT ADMINISTRATION, et al.,<br><br>                    Defendants. | C13-1004 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1)   Pursuant to the parties' stipulation, docket no. 41, the parties' cross-motions for summary judgment, docket nos. 29 and 35, are hereby RENOTED to May 16, 2014.  Defendants Federal Transit Administration and Lane Transit District may file their reply briefs on or before the new noting date.

  (2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 5th day of May, 2014.

                              William M. McCool
                              Clerk

                              s/Claudia Hawney
                              Deputy Clerk

MINUTE ORDER - 1